846

No. 250. STITZEL-WELLER DISTILLERY v. DEPARTMENT OF REVENUE OF KENTUCKY. Ct. App. Ky. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Millard Cox* for petitioner. *William S. Riley,* Assistant Attorney General of Kentucky, for respondent.

No. 315. FUENTES-TORRES v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Milton T. Simmons* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson* and *Philip R. Monahan* for respondent.

No. 338. MOHR ET AL. v. STATE HIGHWAY COMMISSION OF MISSOURI. Sup. Ct. Mo. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Hyman G. Stein* for petitioners. *Robert L. Hyder* for respondent.

Nos. 235 and 251. GRADSKY v. UNITED STATES. C. A. 5th Cir. Motion of B. J. Gradsky to be added as party petitioner in No. 235 denied. Certiorari denied. *Sidney M. Dubbin* for petitioner in No. 235. *Milton E. Grusmark* for petitioner in No. 251. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 6, Misc. McCoy v. CALIFORNIA. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Albert W. Harris, Jr.,* and *Jay S. Linderman,* Deputy Attorneys General, for respondent.